Order entered December 7 , 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

---

### No. 05-12-01179-CR

---

**DERICK DEWAYNE EVANS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-01193-W**

---

## ORDER

Before Chief Justice Wright and Justices Bridges and Myers

The Court has before it appellant's November 6, 2012 "motion to review denial of supersedeas." The Court **DENIES** appellant's request to convert the motion into a petition for writ of mandamus. If appellant wishes to have his claims reviewed by original mandamus proceeding, he must file a petition in accordance with Texas Rule of Appellate Procedure 52 and pay the applicable fees. We **DENY** appellant's "motion to review denial of supersedeas."


CAROLYN WRIGHT
CHIEF JUSTICE